UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2015 OCT 16 PM 2:15

DISTRICT COURT
E DISTRICT OF FLORIDA
ORLANDO, FLORIDA

James Wymer
PLAINTIFF(S)

CASE NO. 6:15CV1750-ORL-37 GJK

-against-

NRA - Wayne LaPierre
~~National Association of Police~~
DEFENDANT(S)

~~Bill Johnson~~

## COMPLAINT

_____
SIGNATURE

James Wymer
NAME

2825 Mayfair Ave
ADDRESS

Charlotte, NC 28208
ADDRESS

980-785-6423
PHONE NO.

I was shoot in the eye with a gun. I am blind forever and I think that the gun should hold all responsible to that action because, the Constitution give the right to gun but once it is used for anything to kill or hurt it is not a right because everyone has a right to leve or not be hurt by a gun.

The gun is a protex of the person by the gun itself is made from this place so, the ture Owers is the gun factors and they should hold the responble to make shure that the gun owner is usy it in the right facts. Because, life matter and everyone should the factor responble for it mishap and that is show we can chang the world.